IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JAMES PEARSON and EILEEN
PEARSON,

        Plaintiffs,        Civ. No. 11-3131-CL

                              **TEMPORARY RESTRAINING ORDER**

   v.

BAC HOME LOANS SERVICING LP
and RECONTRUST COMPANY, N.A.,

        Defendants.

---

**PANNER, J.**

    Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on November 18, 2011 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Specifically, plaintiffs allege defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust

1  - ORDER

deed. ORS 86.735(1); <u>Hooker v. Northwest Trustee Services, Inc.</u>, 2011 WL 2119103, *3 (D. Or. May 25) (citing <u>Burgett v. MERS</u>, 2010 WL 4282105, at *2 (D. Or. Oct. 20) and <u>In re McCoy</u>, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiffs allege MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiffs' request for a temporary restraining order (#3). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 147 Hampshire Circle, Grants Pass, Oregon, from this day until November 16, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 9:45 a.m. on November 16, 2011, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this **3** day of November, 2011, at **10:00** a.m.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER